**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARY E. KIERSTEAD,**

    **Plaintiff,**

**v.**                                                          **Case No. 8:10-cv-679-T-27AEP**

**ZIMMER US, INC.**

    **Defendant.**
_____/

**FINAL MEDIATION REPORT**

    Since the original Mediation Report, the parties have had additional discussions.

    <u>The case has been completely settled.</u>

    Done June 1, 2011 in Tampa, Florida.

                                   Respectfully submitted,

                                   <u>/s/ Peter J. Grilli</u>
                                   Peter J. Grilli, Esq.
                                   Florida Bar No. 237851
                                   Mediator
                                   3001 West Azeele Street
                                   Tampa, Florida 33609
                                   813.874.1002   Fax: 813.874.1131
                                   email: meditr@aol.com

    I HEREBY CERTIFY that June 1, 2011 I electronically filed the foregoing document with the United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 which will electronically send copies to counsel of record.

                                   <u>/s/ Peter J. Grilli</u>
                                   Peter J. Grilli, Esq.